THERESIA C. SANDHU, ESQ.  SBN# 213499
LAW OFFICE OF THERESIA C. SANDHU
145 George Street
San Jose, CA  95110
(408) 280-7890  Telephone
(408) 280-7887  Facsimile
myattorney2003@yahoo.com  Email

Attorney for Plaintiffs
TUK BAHADUR THAPA and
ROE MAYA THAPA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TUK BAHADUR THAPA and ROE MAYA THAPA<br><br>Plaintiffs,<br><br>vs.<br><br>LORI SCIALABBA, DIRECTOR USCIS REFUGEE, ASYLUM & INTERNATIONAL OPERATIONS (RAIO) DIRECTORATE; EMILIA BARDINI, DIRECTOR USCIS – ASYLUM OFFICE SAN FRANCISCO; ERIC H. HOLDER, Jr., US ATTORNEY GENERAL, JOSEPH P. RUSSONIELLO, US ATTORNEY - NORTHERN CALIFORNIA DISTRICT<br><br>Defendants. | Case No: CV 09 4107  EDL<br><br>**IMMIGRATION MANDAMUS CASE**<br><br>STIPULATION TO DISMISS AND (~~PROPOSED~~) ORDER |

In accordance with the provisions of 28 U.S.C. §636(c) and Federal Rules of Civil Procedure 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiffs by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismiss of the action in light of the adjudication of the Plaintiff's asylum application (Form I-589)

//

LAW OFFICE OF
THERESIA C SANDHU
145 George Street
San Jose, CA 95110
408-280-7890 Tel
408-280-7887 Fax

THAPAL v. SCIALABBA et al         STIPULATION FOR DISMISAL         1 of 2
Case No CV 09-4107

1  Each of the parties shall bear their own costs and fees.
2
3  Dated: December 11, 2009          Respectfully Submitted
4                                    JOSEPH P. RUSSONIELLO
                                     United States Attorney
5
6                                    MELANIE PROCTOR
                                     Assistant United States Attorney
7                                    Attorneys for Defendants
8
9  Dated December 11, 2009
10                                   THERESIA SANDHU
                                     Attorney for Plaintiff
11
12
13
14
15
16                                ORDER
17  Pursuant to Stipulation, IT IS SO ORDERED
18
19  DATE:  January 4, 2010
20                                   ELIZABETH D. LAPORTE
                                     United States Magistrate Judge
21
22
23
24
25
26
27

THAPAL v. SCIALABBA et al    STIPULATION FOR DISMISAL           2 of 2
Case No CV 09-4107