THERESIA C. SANDHU, ESQ.  SBN# 213499
LAW OFFICE OF THERESIA C. SANDHU
145 George Street
San Jose, CA 95110
(408) 280-7890 Telephone
(408) 280-7887 Facsimile
myattorney2003@yahoo.com Email

Attorney for Plaintiffs
TUK BAHADUR THAPA and
ROE MAYA THAPA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| TUK BAHADUR THAPA and ROE MAYA THAPA,<br>Plaintiffs,<br>vs.<br>LORI SCIALABBA, DIRECTOR USCIS REFUGEE, ASYLUM & INTERNATIONAL OPERATIONS (RAIO) DIRECTORATE; EMILIA BARDINI, DIRECTOR USCIS - ASYLUM OFFICE SAN FRANCISCO; ERIC H. HOLDER, Jr., US ATTORNEY GENERAL, JOSEPH P. RUSSONIELLO, US ATTORNEY - NORTHERN CALIFORNIA DISTRICT<br>Defendants. | Case No: CV 09 4107 EDL<br><br>**IMMIGRATION MANDAMUS CASE**<br><br>STIPULATION TO DISMISS AND (PROPOSED) ORDER |
|---|---|

In accordance with the provisions of 28 U.S.C. §636(c) and Federal Rules of Civil Procedure 73, Plaintiffs and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Plaintiffs by and through their attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismiss of the action in light of the adjudication of the Plaintiff's asylum application (Form I-589)

//

DEC-11-2009 12:01 From:US ATTORNEY    4154367169    To:4082807897    P.2/2
Case3:09-cv-04107-EDL Document 5 Filed 10/27/09 Page 2 of 2
Case3:09-cv-04107-EDL Document 5 Filed 01/04/10 Page 2 of 2

1    Each of the parties shall bear their own costs and fees.
2
3    Dated: December 11, 2009          Respectfully Submitted
4                                      JOSEPH P. RUSSONIELLO
                                       United States Attorney
5
                                       /s/ Melanie Proctor
6                                      MELANIE PROCTOR
                                       Assistant United States Attorney
7                                      Attorneys for Defendants
8
9    Dated December 11, 2009           /s/ Theresia C. Sandhu
10                                     THERESIA SANDHU
                                       Attorney for Plaintiff
11
12
13
14
15
                                    ORDER
16
17   Pursuant to Stipulation, IT IS SO ORDERED
18
19   DATE:  January 4, 2010            /s/ Elizabeth D. Laporte
                                       ELIZABETH D. LAPORTE
20                                     United States Magistrate Judge
21
22
23
24
25
26
27